HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD STEVEN MITUNIEWICZ,

    Plaintiff,

v.

HAROLD CLARK,

    Defendant.

Case No. C06-5383 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #14].

Having considered the entirety of the records and file herein, the Court rules as follows:

Plaintiff seeks reconsideration of this Court's Order Adopting Report and Recommendation [Dkt. #12] and Judgment [Dkt. #13] in favor of defendant. Plaintiff was ordered by the Magistrate Judge to amend his complaint [Dkt. #8]. When he failed to do so, the Magistrate Judge recommended dismissal [Dkt. #9]. Plaintiff objected to the Report and Recommendation [Dkt. #10]. In the objection, he raised as one issue amongst many that he was never served with the Magistrate Judge's Order to Amend his complaint [Dkt. #8]. He raises this same issue in his motion for reconsideration.

This Court is skeptical of his claim that he did not receive the Order to Amend his complaint given that it was sent to the same address as the Report and Recommendation recommending dismissal [Dkt. #9] and plaintiff obviously received that document because he filed objections thereto [Dkt. #10]. However, the Court

ORDER
Page - 1

will grant plaintiff's motion for reconsideration and direct the Clerk to send this Order and a copy of Magistrate Judge Arnold's Order [Dkt. #8] directing plaintiff to file an amended complaint to Mr. Mituniewicz. **Plaintiff shall file his amended complaint as directed by Magistrate Judge Arnold on or before January 12, 2007. The failure to file an amended complaint which conforms with Magistrate Judge Arnold's Order [Dkt. #8] will result in the dismissal of this case.** It is therefore

**ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #14] is **GRANTED**. The Clerk shall reopen this matter. It is further

**ORDERED** that Plaintiff's "Demand [sic] Access to this Court" [Dkt. #16] is non-sensical and is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se, and shall re-refer this matter to Magistrate Judge J. Kelley Arnold for further proceedings.

Dated this 14th day of December, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE