UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD STEVEN MITUNIEWICZ,

    Plaintiff,

  v.

HAROLD CLARK *et al.*,

    Defendants.

Case No. C06-5383RBL

ORDER ON OUTSTANDING MOTIONS AND DIRECTING PLAINTIFF TO PROVIDE SERVICE DOCUMENTS

    This action has been filed under the Americans with a Disabilities Act and as a Civil rights Action. The case has been re-referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The motion was re-referred on February 21, 2007, after a motion for reconsideration was granted. Plaintiff has been given leave to proceed *in forma pauperis*.

    Plaintiff asks for an extension of time until January 18, 2007 to file his amended complaint (Dkt # 18). The amended complaint has been filed and that motion is **GRANTED.**

    Plaintiff has also filed a motion for leave to file exhibits (Dkt. # 21). Exhibits are not to be filed except when attached to a proper motion or in response to a motion. The parties are expected to keep track of their own discovery and not file discovery documents with the court. The exhibit will remain in the file.

ORDER-1

Plaintiff names seven defendants (Dkt. # 19). Two of the defendants are listed as John or Jane Doe. Five persons are named in a manner that allows the court to order the Marshal's Service to attempt service by mail. There are no service documents in the file.

**The court directs the clerk's office to send Mr. Mituniewicz five Marshals Service forms and a copy of his amended complaint**. Plaintiff needs to fill out the forms. Plaintiff must provide a service copy of the complaint for each defendant with a filled out service request form. The documents are due in court by **April 6, 2007.** Failure to return the documents to court by that time will result in a Report and Recommendation that this action be dismissed for failure to prosecute.

The clerk's office is directed to send plaintiff the five Marshal forms, one copy of the amended complaint, and a copy of this order. Docket numbers 18 and 21 may be removed from the court's calendar.

DATED this 13 day of March, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER-2