1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                     AT TACOMA

10   RONALD STEVEN MITUNIEWICZ,

11              Plaintiff,

                                             Case No. C06-5383RBL
12          v.

                                             ORDER ADOPTING THE REPORT
13   HAROLD CLARK,                           AND RECOMMENDATION

14              Defendants.

15

16          The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J.

17   Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does

18   hereby find and ORDER:

19          (1)     The Court adopts the Report and Recommendation;

20          (2)     This action is **DISMISSED WITHOUT PREJUDICE** so that plaintiff may pursue
                    membership as part of the class action in Paralez v.Washington Department of
21                  Corrections, 06-CV-5298JKA.

22          (3)     Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and
                    to the Hon. J. Kelley Arnold.
23

24          DATED this 29th day of October, 2007.

25

26                                           RONALD B. LEIGHTON
27                                           UNITED STATES DISTRICT JUDGE

28   ORDER - 1